Erin P. Moriarty (SBN 146751)
**LAW OFFICES OF WENETA M.A. KOSMALA**
3 MacArthur Place, Suite 760
Santa Ana, CA 92707
Telephone: (714) 540-3600
Facsimile: (714) 509-1760
E-mail: emoriarty@kosmalalaw.com

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**TIMOTHY BROR TOUVE,**<br><br>Debtor(s). | Case No.: 8:17-bk-10289-TA<br><br>**NOTICE OF MOTION FOR ORDER AUTHORIZING TRUSTEE TO (1) RETAIN BKASSETS.COM AS AUCTIONEER; (2) HOLD AUCTION SALE OF CERTAIN ASSETS OF THE ESTATE; AND (3) MAKE/AUTHORIZE CERTAIN DISBURSEMENTS AND SIGN DOCUMENTS IN CONNECTION WITH AUCTION**<br><br>**Date:** Sepember 1, 2020<br>**Time:** 11:00 a.m.<br>**Ctrm:** 5B |

**PLEASE TAKE NOTICE** that on September 1, 2020 at 11:00 a.m. in Courtroom 5B of the above-captioned Court, located at 411 W. Fourth Street, Santa Ana, California, a hearing will be held on a "Motion for Order Authorizing Trustee to (1) Retain BKAssets.com as Auctioneer; (2) Hold Auction Sale of Certain Assets of the Estate; and (3) Make/Authorize Certain Disbursements and Sign Documents in Connection With Auction; Memorandum of Points and Authorities; Declarations of Weneta M.A. Kosmala, and David Birdsell in Support Thereof" ("Motion") filed on behalf of Weneta M.A. Kosmala ("Trustee"), Chapter 7 Trustee of the bankruptcy estate of Timothy Bror Touve ("Debtor").

**RELIEF SOUGHT IN SALE MOTION:**

Trustee seeks an Order granting the following relief in the Sale Motion:

1. Authorizing Trustee to retain BKAssets.com ("Auctioneer") to conduct online auctions of certain real and personal property described as follows (collectively, "Assets"):

  a. Real property in Kern County, California described as follows:
    i. APN 461-140-23-00-9 (approx. 10 acres).
    ii. APN 224-222-54-00-7 (approx. 2.5 acres).
    iii. APN 224-212-45-00-8 (approx. 2.5 acres).
    iv. APN 181-250-28-00-5 (approx.. 2.07 acres).
    v. APN 224-364-01-00-8 (approx. 7.5 acres).
  b. A Wind Energy Site Lease and Renewable Energy Development

1

Agreement ("Lease") entered into by and between the Debtor (through his revocable trust) as lessor and Alta Windpower Development, LLC, a Delaware limited liability company) as lessee, which is a lease covering APN 224-364-01-00-8 for use of the parcel in connection with the lessee's wind energy generation project; the Lease is to be sold/assigned along with the parcel.

    2.    Authorizing the Auctioneer to conduct online auctions of the Assets, as generally described in the Internet Auction Agreement attached as Exhibit "A" to the Motion.

    3.    Authorizing Trustee to establish reserves and minimums for each of the Assets; to bundle or separate the Assets for multiple auctions on multiple days; to establish the timing and order of the auctions; and to accept or reject the highest bid; all according to her business judgment.

    4.    Deeming the successful bidders as to each of the Assets to be a "good faith purchaser" within the meaning of 11 U.S.C. § 363(m).

    5.    Authorizing Trustee to disburse, or authorize direct disbursement, of compensation to the Auctioneer of no more than 10% of the gross sales price of the Assets, expense reimbursement to the Auctioneer of no more than $500, and up to $1,500 total in miscellaneous unanticipated expenses that may be necessary in Trustee's discretion to consummate the sales of the Assets.

    6.    Authorizing Trustee to sign and all documents, and to take any and all ministerial actions, which she may deem necessary and appropriate to consummate the sales of the Assets.

The Motion is made under 11 U.S.C. § 363(b). The Assets are property of the Estate which Trustee may sell for the benefit of the Estate. The Assets will be sold "as is, where is" subject to all liens and encumbrances (including delinquent property taxes, which must be paid separately by the buyers); there are no warranties or guarantees implied or stated as to extent, nature, value, quality, quantity, or otherwise. The Auctioneer operates a successful online auction platform through ebay.com. In Trustee's business judgment, the proposed online auctions are the most efficient and effective way to liquidate the Assets, which consist of small parcels purchased by the Debtor as investments because of their proximity to a major wind energy generation development. Because of the wind disruption caused by the development, the vacant parcels are generally believed to be unbuildable; their value comes from the potential to lease them to wind energy companies (as is evidenced by the Lease, which relates to one of the lots). This makes the Assets well suited for auction online. In addition, the current restrictions resulting from the coronavirus pandemic make the online auction platform the only practical option at the moment for liquidating these Assets. Trustee has been advised that the Assets may generate between $10,000 and $30,000 at auction, which, after payment of a 10% auction commission to the Auctioneer, and reimbursement of no more than $500 in expenses, should result in a net of between $8,500 and $26,500 for the Estate.

The Motion is based upon this Notice the Motion and the incorporated Memorandum of Points and Authorities, the Declarations of Weneta M.A. Kosmala and David A. Birdsell and exhibits thereto, and upon such other evidence as the Court may appropriately consider in connection with this Motion.

**Responding to the Sale Motion:** **PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(f) requires that each party interested in opposing, joining or responding to this Motion file a formal response not later than fourteen (14) days before the hearing. Under Local Bankruptcy Rule 9013-1(h), papers not timely filed and served may be deemed by the Court to be consent to the granting of the relief requested in this Motion.

Date: July 21, 2020                    **LAW OFFICES OF WENETA M.A. KOSMALA**

/s/ Erin P. Moriarty
Erin P. Moriarty
Attorney for Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3 MacArthur Place, Suite 760
Santa Ana, CA 92707

A true and correct copy of the foregoing document entitled (*specify*): Notice of Motion for Order Authorizing Trustee to (1) Retain BKASSETS.COM as Auctioneer; (2) Hold Auction Sale of Certain Assets of the Estate; and (3) Make/Authorize Certain Disbursements and Sign Documents in Connection With Auction

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/21/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/21/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert
United States Bankruptcy Court
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/21/2020 | Janine Fountain | /s/ Janine Fountain |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

- Stephen N Doan    steve@doanlegalcenter.com, steve@doanre.com
- Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
- Angie M Marth    bknotifications@ghidottiberger.com
- Erin P Moriarty    emoriarty@kosmalalaw.com, wkosmala@kosmalalaw.com;jfountain@kosmalalaw.com;weneta.kosmala@7trustee.net
- Edward A Treder    cdcaecf@bdfgroup.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:

David Birdsell
Bkassets.com LLC
216 N. Centr
Mesa, AZ 85201

See attached list:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:17-bk-10289-TA<br>Central District of California<br>Santa Ana<br>Tue Jul 21 17:51:59 PDT 2020 | Hahn Fife & Company LLP<br>790 East Colorado Blvd 9th Floor<br>Pasadena, CA 91101-2193 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 |
| Bank of America Mortgage<br>P.O. Box 5170<br>Simi Valley, California 93062-5170 | Bank of America Mortgage 188991663<br>P.O. Box 5170<br>Simi Valley, California 93062-5170 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Chase Credit Card 4121383104847609<br>3415 Vision Drive, Mail Code 0144-7133<br>Columbus, Ohio 43219-6009 | City of Rancho Santa Margarita Code Enforcem<br>221 12 El Paseo<br>Rancho Santa Margarita, Califomia 92688 | City of Rancho Santa Margarita Code Enforcem<br>221 12 El Paseo<br>Rancho Santa Margarita, California 92688-2824 |
| Dave Mcclure<br>57825 Boo Lane<br>Landers, California 92285 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Jason Ortiz<br>1317 Chert<br>San Marcos, California 92078-2822 |
| Michael Joseph Leyn and Sharon Annette Leyn<br>252 Rainbow Drive<br>Livingston, Texas 77399-2052 | Michael Joseph Leyn and Sharon Armette Leyn<br>252 Rainbow Drive<br>Livingston, Texas 77399-2052 | Quality Construction<br>ATTN Anthony Myers<br>27758 Santa Margarita #102<br>Mission Viejo, California 92691-6709 |
| Quantus Realty Solutions<br>32158 Camino Capistrano, 110<br>San Juan Capistrano, CA 92675-3711 | Roberta Nelson<br>ATT Stephen Doan, Realtor - Attorney<br>32158 Camino Capistrano<br>San Juan Capistrano, California 92675-3720 | Samlarc HOA<br>22342 Avenida Empresa<br>Rancho Santa Margarita, California 92688-2140 |
| Selene Finance LP, Account 6732<br>9990 Richmond Avenue<br>Suite 400 South<br>Houston, Texas 77042-4546 | Stephen Doan, Realtor - Attomey<br>32158 Camino Capistrano<br>San Juan Capistrano, California 92675-3720 | Stephen Doan, Realtor - Attorney<br>32158 Camino Capistrano<br>San Juan Capistrano, California 92675-3720 |
| Stephen Welch, Attorney<br>1254 lrvine Boulevard<br>Tustin, Califomia 92780-3509 | Sumise Assessment Services<br>81 Blue Ravine Road Suite 100<br>Folsom, California 95630-4766 | Sunrise Assessment Services<br>81 Blue Ravine Road Suite 100<br>Folsom, California 95630-4766 |
| Timothy Bror Touve<br>2 1 Calle Coturno<br>Rancho Santa Margarita, California 92688<br>949-910-7808 timzv3@hotmail.com 92688-2306 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Wilmington Savings Fund Society, FSB<br>c/o SELENE FINANCE LP<br>9990 RICHMOND AVENUE,<br>STE. 400 SOUTH<br>HOUSTON, TX 77042-4546 |
| Timothy Bror Touve<br>21 Calle Coturno<br>Rancho Santa Margari, CA 92688-2306 | Weneta M Kosmala (TR)<br>3 MacArthur Place, Suite 760<br>Santa Ana, CA 92707-6071 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Credit Card
3415 Vision Drive, Mail Code 0144-7133
Columbus, Ohio 43219

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF                    (u)Law Offices of Weneta M.A. Kosmala            (u)Wilmington Savings Fund Society, FSB, Doin

(du)Wilmington Savings Fund Society, FSB, doi      End of Label Matrix
                                                   Mailable recipients    28
                                                   Bypassed recipients     4
                                                   Total                  32